| | |
|---|---|
| 1 | Douglas R. Pahl, OSB No. 950476 |
|   | DPahl@perkinscoie.com |
| 2 | PERKINS COIE LLP |
|   | 1120 N.W. Couch Street, Tenth Floor |
| 3 | Portland, OR  97209-4128 |
|   | Telephone:  503.727.2000 |
| 4 | Facsimile:  503.727.2222 |
| 5 | Proposed Counsel for Debtor |
|   | Ivory Trading Company, Inc. dba Ivory Headwear |
| 6 | Co. |

## UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re | Case No. 15-32026-pcm11 |
| Ivory Trading Company, Inc. dba Ivory Headwear, Co. | |
| Debtor. | |
| Ivory Trading Company, Inc. dba Ivory Headwear Co., | Adv. Proc. No. |
| Plaintiff, | **MOTION FOR TEMPORARY RESTRAINING ORDER** |
| v. | By Plaintiff Ivory Trading Company, Inc. |
| The Bank of the West, | *EXPEDITED HEARING REQUESTED* |
| Defendant. | |

    Pursuant to 11 U.S.C. § 105(a) and Fed. R. Bank. P. 7001(7) and 7065, Debtor and Plaintiff Ivory Trading Company, Inc. dba Ivory Headwear, Co. ("Plaintiff" or "Debtor") move this Court for a temporary restraining order:

    1.    Prohibiting Defendant Bank of the West ("Defendant") their agents, servants, employees, attorneys and those persons in active concert or participation with them from

PAGE 1-    MOTION FOR TEMPORARY RESTRAINING ORDER

**Perkins Coie LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

117387-0001/LEGAL125806431.1

1  undertaking or pursuing any collection efforts against Mr. Michael P. Ivory, pending a hearing

2  and this Court's ruling on the Order to Show Cause Why a Preliminary Injunction Should Not

3  Issue; and,

4      2.    Staying Defendant's threat to record a Confession of Judgment in state court

5

6  against Debtor and Mr. Michael P. Ivory, pending a hearing and this Court's ruling on the Order

7  to Show.

8      The Temporary Restraining Order would remain in effect until the Court has an

9  opportunity to conduct a hearing and issue its ruling on the Debtor's request for a preliminary

10  injunction.

11      This Motion is supported by Plaintiff's Adversary Proceeding Complaint, the

12  accompanying Memorandum of Law, and the Declaration of Michael P. Ivory filed herein.

13

14  DATED:  April 24, 2015        **PERKINS COIE LLP**

15

16          By: /s/ Douglas R. Pahl
            Douglas R. Pahl, OSB No. 950476

17              DPahl@perkinscoie.com

18          1120 N.W. Couch Street, Tenth Floor
        Portland, OR  97209-4128

19          Telephone:  503.727.2000
        Facsimile:  503.727.2222

20

21          Proposed Counsel for Debtor
        Ivory Trading Company, Inc. dba Ivory

22          Headwear Co.

23

24

25

26

PAGE   2-   MOTION FOR TEMPORARY RESTRAINING ORDER

117387-0001/LEGAL125806431.1

**Perkins Coie LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222